NORTHERN INVESTMENT CORPORATION v. CORA ALICE CANNON, a widow, *et al.*

173 So. 273.
Order entered March 16, 1937.

*Wm. P. Simmons, Jr.,* and *Clyde H. Wilson,* for Appellant;

*Sheppard & Clements,* for Appellees.

PER CURIAM.—Upon consideration of the appellee's brief filed in this cause it is ordered that same be forthwith stricken from the files as scandalous and impertinent and in violation of the rules of this Court.

ELLIS, C. J., and WHITFIELD, TERRELL, BUFORD and BUFORD and DAVIS, J. J., concur.